IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROBERT GOLDMAN,

                Plaintiff

VS.

BRIAN OWENS, *et al.*,

                Defendants

NO. 5:10-CV-215(MTT)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

---

# RECOMMENDATION

Plaintiff **ROBERT GOLDMAN** has filed a "Motion for Immediate Injunction" in which he requests the Court to "order an immediate hearing to have the Defendants explain to this Court why they should not be cited for violating [plaintiff's] 8th Amendment Constitutional Rights by way of deliberate indifference by failing to having Petitioner seen by an Orthopedic Doctor and have his broken fractured bones reset and placed in a cast while 4 weeks have lapsed." Tab #4. Plaintiff also sent the Court a letter in which he again requests to see an orthopaedist. Tab #8.

The Court requested that plaintiff supplement his complaint and provide information about whether or not he had seen an orthopaedic specialist since filing his 42 U.S.C. § 1983 action. Plaintiff responded and explained that he was taken to see an orthopaedist during the latter part of June, 2010. (R. at 9). As plaintiff has now seen an orthopaedist, his request for the Court to order a hearing regarding the defendants' failure to let him see such a physician appears moot.

Moreover, injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available. *Cunningham v. Adams*, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties. *Cate v. Oldham*, 707 F.2d 1176, 1185 (11th Cir. 1983).

After a careful review of plaintiff's motions seeking injunctive relief in light of the requirements set forth in *Southern Monorail Co. v. Robbins & Myers*, 666 F.2d 185, 186 (11th Cir. 1982), it is the opinion of the undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction. Accordingly, **IT IS RECOMMENDED** that plaintiff's motion be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this recommendation with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy of this Order.

**SO RECOMMENDED,** this 3rd day of AUGUST, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE