IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROBERT GOLDMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-215 (MTT) |
| BRIAN OWENS, et al., | ) | |
| Defendant. | ) | |

## ORDER

This case is before the Court on the Recommendation (Doc. 11) of United States Magistrate Judge Claude W. Hicks Jr. on Plaintiff Robert Goldman's Motion for a Preliminary Injunction (Doc. 4) and subsequent Letter Motion for an Emergency Preliminary Injunction (Doc. 8). Finding that the Plaintiff has seen an orthopedic specialist since filing his 42 U.S.C. § 1983 action, the Magistrate Judge determined that the Plaintiff's request to see such a physician appears moot. Further, the Magistrate Judge recommends that the Plaintiff's motions for injunctive relief be denied due to the Plaintiff's inability to meet the prerequisites for the issuance of a temporary or preliminary injunction. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's motions for preliminary injunctive relief are **DENIED**.

**SO ORDERED**, this the 12th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

tm