# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROBERT GOLDMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-215 (MTT) |
| BRIAN OWENS, *et al.*, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This case is before the Court on the Order and Recommendation (Doc. 10) of United States Magistrate Judge Claude W. Hicks Jr. on Plaintiff Robert Goldman's civil rights complaint (Doc. 1), as amended, under 42 U.S.C. § 1983. The Magistrate Judge recommends that Defendant Brian Owens be dismissed from the action due to the Plaintiff's inability to establish the causal connection necessary to hold this defendant responsible for the Plaintiff's alleged constitutional deprivations. The Magistrate Judge further ordered that the Plaintiff's claims against the remaining defendants proceed and that service be made upon the remaining defendants. The Plaintiff has not filed an objection to the Order and Recommendation. The Court has reviewed the Order and Recommendation, and the Order and Recommendation is adopted and made the order of this Court. Defendant Brian Owens is dismissed from the action, and the case shall proceed against the remaining defendants.

**SO ORDERED**, this the 12th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

tm