IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| ROBERT GOLDMAN | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:10-CV-215 (MTT) |
| ALEXIS E. L. CHASE, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Recommendation (Doc. 22) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge has recommended that the Plaintiff's Complaint (Doc. 1) be dismissed without prejudice for failure to diligently prosecute his action. By Order (Doc. 10) of the Court dated August 3, 2010, the Plaintiff was notified of his duty to diligently prosecute the action and to advise the Court of any address change. Further, the Plaintiff also was warned that, pursuant to Federal Rule of Civil Procedure 41(b), failure to diligently prosecute the action or keep the Court apprised of his current address may result in the dismissal of his pleadings or of the case itself. Because diligent prosecution of a case includes keeping the Court advised of a current mailing address, and because the Plaintiff has failed to do so in this case, it appears the Plaintiff has abandoned his claims. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Complaint is **DISMISSED** without prejudice.

**SO ORDERED**, this 22nd day of December, 2010.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT